# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TONY J. WILSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. CIV-23-531-D |
| CARRIE BRIDGES, Warden, | ) ) ) |
| Respondent. | ) ) |

## ORDER

This matter is before the Court for review of the Report and Recommendation [Doc. No. 9] issued by United States Magistrate Judge Gary M. Purcell pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Purcell recommends that Petitioner's Applications for Leave to Proceed *in Forma Pauperis* [Doc. Nos. 1, 8] be denied and that Petitioner's action be dismissed, without prejudice, unless Petitioner pays the full filing fee to the Clerk of the Court by July 31, 2023.

Petitioner has filed a timely Objection [Doc. No. 10]. Petitioner's sole objection to the Report and Recommendation is that it does not include the amount of the filing fee for Petitioner's action. Petitioner does not object to Judge Purcell's finding that Petitioner does not qualify for authorization to proceed without prepayment of the filing fee. All objections not raised in Petitioner's Objection are waived. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991). Accordingly, the Court concurs with Judge Purcell's finding that Petitioner does not qualify to proceed *in forma pauperis* and **ADOPTS** the Report and Recommendation in its entirety.

Petitioner requests that he be advised of the amount of the filing fee and granted additional time to remit payment. Current filing fees can be found on this Court's website.[1] The current filing fee for an application for a writ of habeas corpus is $5.00. For good cause shown, the Court grants Petitioner a fourteen-day extension, or until August 14, 2023, to remit the $5.00 filing fee to the Clerk of the Court.

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 9] is **ADOPTED** in its entirety. Petitioner's Applications for Leave to Proceed *in Forma Pauperis* [Doc. Nos. 1, 8] are **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner shall remit the $5.00 filing fee to the Clerk of this Court on or before August 14, 2023, or this action will be dismissed without prejudice pursuant to LCvR3.3(e).

**IT IS SO ORDERED** this 20th day of July, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge

---

[1] https://www.okwd.uscourts.gov/current-fee-schedule/